**MOGINRUBIN LLP**
Daniel J. Mogin (SBN No. 95624)
Timothy Z. LaComb (SBN 314244)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone:    (619) 687-6611
Facsimile:    (619) 687-6610
dmogin@moginrubin.com
tlacomb@moginrubin.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:    (602) 708-1450
don@donbivens.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiff,<br><br>vs.<br><br>EATING RECOVERY CENTER LLC,<br><br>Defendant. | Case No: 3:23-cv-05561-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO ALLOW PLAINTIFF TO PROCEED USING A PSEUDONYM** |

1

Having considered Plaintiff's Administrative Motion for Leave to Allow Plaintiff to Proceed Using a Pseudonym, Plaintiff's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff will proceed using the pseudonym Jane Doe. All captions and papers in this matter shall reflect these designations.

IT IS SO ORDERED.

Dated: November 20, 2023

~~Hon. Laurel Beeler~~
~~United States Magistrate Judge~~
Hon. Vince Chhabria
United Stated District Judge