**MOGINRUBIN LLP**
Daniel J. Mogin (SBN No. 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:   (619) 687-6611
Facsimile:    (619) 687-6610
dmogin@moginrubin.com
tlacomb@moginrubin.com

**Don Bivens PLLC**
Don Bivens
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:   (602) 708-1450
don@donbivens.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS, <br><br> Plaintiff, <br><br> v. <br><br> EATING RECOVERY CENTER LLC, <br><br> Defendant. | Case No. 3:23-cv-05561-VC (LJC) <br><br> **STIPULATION TO AMEND PROTECTIVE ORDER** <br><br> Judge: Hon. Lisa J. Cisneros |

1. Pursuant to Civil Local Rule 7-12, Plaintiff Jane Doe and Defendant Eating Recovery Center LLC, by and through their respective counsel of record, respectfully submit this Stipulation to Amend the Protective Order.

WHEREAS, on August 14, 2024, the parties filed a Stipulated Protective Order and [Proposed] Order (ECF No. 46);

WHEREAS, on August 20, 2024, this Court granted the Stipulated Protective Order; (ECF Doc. No. 49);

WHEREAS, due to concerns raised a Non-Party (as the term is defined in the Protective Order), the Parties wish to amend the Protective Order to ensure the Protective Order provides clear and sufficient protections for documents produced by a Non-Party as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

WHEREAS, the Parties have agreed to amend the first sentence of Section 9(a) of the Protective Order to include "or 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" so that it reads:

> (a) The terms of this Order are applicable to information produced by a Non-Party in this action and designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendant, by and through their respective counsel, that:

1. The first sentence of Section 9(a) of the Protective Order shall be amended to read as follows:

(a) The terms of this Order are applicable to information produced by a Non-Party in this action and designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  November 1, 2024             /s/ Timothy Z. LaComb
                                     Attorneys for Plaintiff

DATED:  November 1, 2024             /s/ James F. Monagle
                                     Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 1, 2024

LISA J. CISNEROS
United States Magistrate Judge

### FILER'S ATTESTATION

I, Timothy Z. LaComb, am the ECF user whose identification and password are being used to file this Stipulated Protective Order. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation to Amend Protective Order has been obtained from each of the other signatories.

Date: November 1, 2024

　　　　　　　　　　　　　　　/s/ Timothy LaComb
　　　　　　　　　　　　　　　Timothy Z. LaComb

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on November 1, 2024, I served a true and correct copy of the foregoing Stipulation to Amend Protective Order via CM/ECF on all parties and counsel of record.

                                */s/ Timothy LaComb*
                                Timothy Z. LaComb