**GIBSON, DUNN & CRUTCHER LLP**
ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Non-Party Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>   v.<br><br>EATING RECOVERY CENTER LLC,<br><br>        Defendant. | Case No. 3:23-cv-05561-VC<br><br>**DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF NON-PARTY META PLATFORMS, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO JOIN META PLATFORMS, INC. AS A NECESSARY PARTY**<br><br>Date Action Filed: October 27, 2023<br>Honorable Vince Chhabria<br><br>Date:         February 27, 2025<br>Time:         10:00 a.m.<br>Place:        Courtroom 4 |

DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO JOIN META PLATFORMS, INC. AS A NECESSARY PARTY – CASE NO. 3:23-CV-05561-VC

I, Elizabeth K. McCloskey, declare as follows:

1.    I am an attorney admitted to practice law in the State of California, including in the United States District Court for the Northern District of California.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP and counsel for non-party Meta Platforms, Inc. ("Meta") in the above-captioned action.  Unless otherwise stated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently to them.

2.    On July 10, 2024, plaintiff served a document subpoena on Meta.

3.    On July 25, 2024, Meta served responses and objections to that subpoena, and on November 4, 2024, Meta produced data in response to the subpoena.

4.    On December 16, 2024, plaintiff served another document subpoena on Meta.

5.    On January 2, 2025, Meta served responses and objections to that subpoena and is currently investigating potentially responsive documents in its possession, custody, or control.

6.    On January 13, 2025, defendant Eating Recovery Center LLC ("ERC") served a deposition subpoena on Meta.

7.    On January 15, 2025, plaintiff served a deposition subpoena on Meta.

8.    As of January 27, 2025, plaintiff, Meta, and ERC have met and conferred eleven times since plaintiff first served Meta with a third-party document subpoena.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on January 27, 2025, in San Francisco, California.

*/s/ Elizabeth K. McCloskey*
Elizabeth K. McCloskey

-1-