James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
500 Capital Mall, Suite 2350
Sacramento, CA 95814
T: 267-930-1529
jmonagle@mullen.law

*Attorneys for Defendant*
*Eating Recovery Center LLC*

Daniel J. Mogin, Esq., Bar No. 95624
Timothy Z. LaComb, Esq., Bar No. 314244
MOGIN LAW LLP
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EATING RECOVERY CENTER LLC,<br><br>Defendants. | **No.: 3:23-cv-05561-VC**<br><br>Assigned to Hon. Vince Chhabria<br><br>**JOINT STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE** |

JOINT STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to Hon. Judge Chhabria's Civil Standing Order, the Parties in the above-referenced action request an order extending the briefing schedule for the upcoming motions for summary judgment currently set forth in ECF Doc. No. 65, and adopting the following briefing schedule:

- Motion for Summary Judgment 1st brief due by 5/28/2025 (extended from 5/23/2025).
- Motion for Summary Judgment 2nd brief due by 6/13/2025 (extended from 6/9/2025).
- Motion for Summary Judgment 3rd brief due by 6/27/2025 (extended from 6/23/2025).
- Motion for Summary Judgment 4th brief due by 7/11/2025 (extended from 7/7/2025).

While the Parties note that the final brief under the briefing schedule proposed above is due 13 days prior to the July 24, 2025 hearing date rather than 14 days as typically required by the Court, the Parties respectfully request this slight modification to accommodate the fact that two holidays, Memorial Day and the Fourth of July, fall within the current briefing schedule, including the Fourth of July weekend immediately preceding the week that the final brief is due. The proposed schedule ensures that no party is required to file a brief the day immediately following a holiday weekend and gives the parties at least 14 days between brief deadlines.

Alternatively, if the Court rejects the above proposal because the final brief is due 13 days prior to the July 24, 2025 hearing date, then the Parties request extending the briefing schedule for the upcoming motions for summary judgment as follows:

- Motion for Summary Judgment 1st brief due by 5/27/2025.
- Motion for Summary Judgment 2nd brief due by 6/12/2025.
- Motion for Summary Judgment 3rd brief due by 6/26/2025.
- Motion for Summary Judgment 4th brief due by 7/10/2025.

///
////
////
////
///

JOINT STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE

The Court's consideration of these alternative requests is much appreciated.

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| DATED: May 13, 2025 | **MULLEN COUGHLIN LLC** |
| | /s/ James F. Monagle |
| | James F. Monagle |
| | *Attorneys for Defendant,* |
| | *Eating Recovery Center LLC* |
| DATED: May 13, 2025 | **MOGIN LAW, LLP** |
| | /s/ Timothy Z. LaComb |
| | Timothy Z. LaComb, |
| | *Attorneys for Plaintiffs,* |
| | *Jane Doe, Individually and on Behalf of a Class of Similarly Situated Individuals* |

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation entered between the parties:

[ X ] the briefing schedule for the upcoming motions for summary judgment currently set forth in ECF Doc. No. 65 is amended, and the following briefing schedule is adopted:

- Motion for Summary Judgment 1st brief due by 5/28/2025.
- Motion for Summary Judgment 2nd brief due by 6/13/2025.
- Motion for Summary Judgment 3rd brief due by 6/27/2025.
- Motion for Summary Judgment 4th brief due by 7/11/2025.

OR

[ ] the briefing schedule for the upcoming motions for summary judgment currently set forth in ECF Doc. No. 65 is amended, and the following briefing schedule is adopted:

- Motion for Summary Judgment 1st brief due by 5/27/2025.
- Motion for Summary Judgment 2nd brief due by 6/12/2025.
- Motion for Summary Judgment 3rd brief due by 6/26/2025.
- Motion for Summary Judgment 4th brief due by 7/10/2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED: 5/13/2025**

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE