MOGIN LAW LLP
Daniel J. Mogin (SBN No. 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:   (619) 687-6611
Facsimile:    (619) 687-6610
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

DON BIVENS PLLC
Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:   (602) 708-1450
don@donbivens.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,<br><br>  Plaintiff,<br><br>vs.<br><br>EATING RECOVERY CENTER LLC,<br><br>  Defendant. | Case No: 3:23-cv-05561-VC<br><br>**DECLARATION OF TIMOTHY Z. LACOMB IN SUPPORT OF PLAINTIFF JANE DOE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria |

## DECLARATION OF TIMOTHY Z. LACOMB

I, Timothy Z. LaComb, declare and state:

1. I am an attorney with the law firm of Mogin Law, LLP, counsel of record for Plaintiff. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto.

2. There is a stipulation between the parties and resulting Protective Order (ECF Nos. 49 and 54, the "Protective Order") agreeing to the protected status of materials designated as "Confidential" or "Highly Confidential - Attorneys Eyes Only", pursuant to the Parties' Stipulated Protective Order. Plaintiff is filing this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3. Attached hereto as Exhibit A is a true and correct Unredacted copy of Plaintiff's Motion for Summary Judgment with orange highlighting indicating proposed redactions, along with any exhibits thereto proposed to be filed under seal as indicated below.

4. PIXEL_ERC_00000001 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 3 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

5. PIXEL_ERC_00000002 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 4 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

6. Written Responses to Plaintiff's Questions were designated as confidential by Non-Party Meta Platforms Inc. A true and correct copy is attached hereto as Exhibit 5 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

7. Excerpts from the Expert Report of Matthew Strebe were designated as confidential by Non-Party Meta Platforms Inc. A true and correct copy is attached hereto as Exhibit 6 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

8. Excerpts from the Deposition of Sara Villegas were designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 9 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

9. Exhibit 7 to the Deposition of Kimberly Watson was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 10 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

10. Excerpts from the Deposition of Kimberly Watson were designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 11 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

11. ERCRes015943 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 12 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

12. A Second Set of Written Responses to Plaintiff's Questions were designated as confidential by Non-Party Meta Platforms Inc. A true and correct copy is attached hereto as Exhibit 13 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

13. A spreadsheet without a bates number that contains information that Defendant designated Confidential. A true and correct copy is attached hereto as Exhibit 15 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

14. Excerpts from the Deposition of Tobias Woolridge were designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 16 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

15. Exhibit 2 to the Deposition of Jane Doe was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 17 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

16. Exhibit 3 to the Deposition of Jane Doe was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 18 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

17. PIXEL_ERC_00000003 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 20 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

18. Excerpts from the 30(b)(6) Deposition of Sara Villegas were designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 21 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

19. Excerpts from the Expert Rebuttal Report of Matthew Strebe were designated as confidential by Non-Party Meta Platforms Inc. A true and correct copy is attached hereto as Exhibit 23 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

20. Exhibit 5 to the Deposition of Kimberly Watson was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 26 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

21. ERCRes015979 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 31 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

22. ERCRes015984 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 32 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

23. ERCRes015987 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 33 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

24. ERCRes015988-89 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 34 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

25. ERCRes015978 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 35 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

26. ERCRes015980 was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 36 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

27. Exhibit 9 to the Deposition of Kimberly Watson was designated as confidential by Defendant. A true and correct copy is attached hereto as Exhibit 37 to the Declaration of Timothy Z. LaComb in Support of Plaintiff's Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed May 29, 2025, at La Jolla, California.

*/s/ Timothy LaComb*
Timothy Z. LaComb