**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

vs.

EATING RECOVERY CENTER LLC,

Defendant.

**No.: 3:23-cv-05561-VC**

Assigned to Hon. Vince Chhabria

**DECLARATION OF JAMES F. MONAGLE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, James F. Monagle, an attorney duly admitted to practice law in the Northern District of California, do hereby declare and state as follows:

1. I am a partner with the law firm Mullen Coughlin LLC, attorneys for Defendant Eating Recovery Center, LLC ("Defendant" or "ERC"). I am fully familiar with the facts and circumstances as alleged by virtue of my personal knowledge and the file maintained in my office in the defense of this action.

2. This Declaration is submitted in Support of Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

3. PIXEL_ERC_000001, PIXEL_ERC_000002, and PIXEL_ERC_000003 are Excel spreadsheets containing data produced by non-party Meta Platforms, Inc. A true and correct copy of PIXEL_ERC_000001, PIXEL_ERC_000002, and PIXEL_ERC_000003 as PDFs is attached hereto as **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** respectively.

4. A spreadsheet produced by ERC without a Bates label contains ERC advertising data [from 2.7.22 to 10.26.22] in the nature of trade secrets. A true and correct copy as a PDF is attached hereto as **Exhibit 4**.

5. Another spreadsheet produced by ERC with bates label ERCRes015943 also contains similar advertising data [from 10.27.22 to 6.30.24] in the nature of trade secrets. A true and correct copy as a PDF is attached hereto as **Exhibit 5**.

6. A true and correct copy of a text message log to Plaintiff is attached hereto as **Exhibit 6**.

7. PLTF00045 is an e-mail message produced by Plaintiff. A true and correct copy of one such e-mail message is attached hereto as **Exhibit 7**.

8. Non-Party Meta Platforms Inc. submitted Written Responses to Plaintiff's Questions in connection with this matter. A true and correct copy of these Responses is attached hereto as **Exhibit 8**.

9. ERC's expert James Vint prepared an expert report ("Vint Report") in connection with this matter which was produced by ERC. A true and correct copy of relevant excerpts of the Vint Report are attached hereto as **Exhibit 9**.

10. ERC's expert James Vint also prepared a rebuttal report ("Vint Rebuttal Report") in connection with this matter which was produced by ERC. A true and correct copy of relevant excerpts of the Vint Rebuttal Report are attached hereto as **Exhibit 10**.

11. Plaintiff Jane Doe was deposed in connection with this matter. A true and correct copy of relevant excerpts of the Doe Deposition are attached hereto as **Exhibit 11**.

12. Non-Party Meta Platforms Inc.'s Rule 30(b)(6) witness Tobias Woolridge was deposed in connection with this matter. A true and correct copy of relevant excerpts of the Woolridge Deposition are attached hereto as **Exhibit 12**.

13. ERC's expert James Vint was deposed in connection with this matter. A true and correct copy of relevant excerpts of the Vint Deposition are attached hereto as **Exhibit 13**.

14. ERC Senior Performance Marketing Manager, Kimberly Watson, was deposed in connection with this matter. A true and correct copy of relevant excerpts of the Watson Deposition are attached hereto as **Exhibit 14**.

15. Plaintiff's expert Matthew Strebe was deposed in connection with this matter. A true and correct copy of relevant excerpts of the Strebe Deposition are attached hereto as **Exhibit 15**.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

Dated: June 13, 2025

*/s/ James F. Monagle*
James F. Monagle