# EXHIBIT 2
# Filed Under Seal