# EXHIBIT 3
# Filed Under Seal