# EXHIBIT 4
# Filed Under Seal