# EXHIBIT 5
# Filed Under Seal