# EXHIBIT 6
# Filed Under Seal