# EXHIBIT 7
# Filed Under Seal