# EXHIBIT 8
# Filed Under Seal