# EXHIBIT 9
# Filed Under Seal