# EXHIBIT 10
# Filed Under Seal