# EXHIBIT 11
# Filed Under Seal