# EXHIBIT 13
# Filed Under Seal