# EXHIBIT 14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
- - -

| | | |
|---|---|---|
| JANE DOE, INDIVIDUALLY AND ON BEHALF OF A CLASS SIMILARLY SITUATED INDIVIDUALS, | ) | |
| PLAINTIFF, | ) | No: 3:23-cv-05561-VC |
| vs. | ) | |
| EATING RECOVERY CENTER LLC, | ) | |
| DEFENDANT. | ) | |

REMOTE DEPOSITION OF KIMBERLY WATSON
Denver, Colorado
Tuesday, February 4, 2025

REPORTED BY: NATALIA AGUIRRE, RPR

THE WITNESS: We provide ads on Meta to drive traffic to our website. So that is before any of the funnel starts, before the inquiry is submitted.

BY MR. LACOMB:

Q. So before somebody starts with the funnel, 09:26:58 you're trying to drive them to the site through your Meta ads.

Is that correct?

A. That is correct.

Q. And how do you do that through Meta? 09:27:13

MR. MONAGLE: Objection. Calls for speculation. Misstates prior testimony.

THE WITNESS: We run ads on Meta, and then those ads direct people to our site.

BY MR. LACOMB: 09:27:32

Q. How does -- how do you decide which individuals on Meta to advertise to?

MR. MONAGLE: Objection. Calls for speculation. Argumentative. Calls for legal conclusion as to "individuals." 09:27:55

If you know.

THE WITNESS: We target audiences on Meta. So grouping and audiences that Facebook has deemed relevant. And we then show an ad. We put an ad creative into the platform. And then those ads are served to specific 09:28:14

audiences.

BY MR. LACOMB:

Q. Can you explain to me what you mean by audiences that Facebook has deemed relevant?

A. Yes. 09:28:29

There are a couple of different ways to have audiences in Meta or Facebook.

And one of those ways is, Meta allows you to select criteria to create an audience. So whether that is an age bracket, a location, a level of interest in the 09:28:48 topic, we're able to preselect those. And then Meta will tell us, this is the audience size. And that is what we would then start targeting our ads to.

Q. And what criteria would ERC use in the audience selection that you just described? 09:29:19

MR. MONAGLE: Objection. Calls for speculation.

To the extent you know.

THE WITNESS: We would test a lot of different ones. That's part of the ad-optimization process.

And so with that, we definitely would try to 09:29:36 look at, you know, people we think would be interested in our services.

So whether they're interested in mental health. Whether they're over the age of, like, you, know, 30, 25, 20 -- whatever -- or what state they're located in. 09:29:54