# EXHIBIT 15
# Filed Under Seal