James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
500 Capital Mall, Suite 2350
Sacramento, CA 95814
T: 267-930-1529
jmonagle@mullen.law

*Attorneys for Defendant*
*Eating Recovery Center LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EATING RECOVERY CENTER, LLC,<br><br>Defendant. | **No.: 3:23-cv-00561-VC**<br><br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF KIMBERLY WATSON IN SUPPORT OF EATING RECOVERY CENTER LLC'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF KIMBERLY WATSON

I, Kimberly Watson, declare as follows:

1. I am the Senior Performance Marketing Manager at Eating Recovery Center LLC, which is a role I have held for approximately three years. I have worked at ERC since November 2020 to present. If called as a witness, I could and would competently testify to the following facts on the basis of my own personal knowledge and my review of documents created and maintained in the regular course of ERC's business.

2. I understand [redacted] (the "Visiting Period") [redacted]

(1) the self-assessment form (https://www.eatingrecoverycenter.com/form/self-assessment-form),

(2) the eating disorder quiz (https://www.eatingrecoverycenter.com/conditions/eating-disorders/quiz), and

(3) the PPC Webpage (https://www.eatingrecoverycenter.com/ppc-ed)

3. The "PPC Webpage" is a shorthand reference used to distinguish it from the self-assessment form, as the PPC Webpage is otherwise substantially similar to the self-assessment form, but can only be landed upon through clicking on a "Pay Per Click" advertisement (e.g., through Google, Bing or a Facebook ad) and is not navigable to within ERC's website.

4. Any additional parameters contained in any URLs containing the above-referenced URLs did not alter the presentation or functionality of the baseline quiz or form as constructed.

5. None of the three quizzes or forms referenced above were altered significantly in terms of their content, wording or structure throughout the Visiting Period and until the end of March 2025, when the way the self-assessment form and PPC Webpage form was presented changed, and thereafter appeared shorter to a visitor first encountering it. My understanding is that the below screenshot accurately represents how the PPC Webpage form looked and functioned (aside from limited A/B testing) from the Visiting Period through expert discovery referencing the PPC Webpage:




6. Examples of some of the non-functional changes that were tested or applied to the self-assessment form and PPC Webpage during this period include adding icons referencing

HIPPA, Joint Accreditation and Secure SSL (summer 2023), and adding an "As Seen In" section alongside the form (summer 2023; new publishers changed over time).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025.

Signed by:
Kimberly Watson
7D4B1AA58D41491...
Kimberly Watson