MOGIN
LAW LLP

**July 30, 2025**

Honorable Vincent Chhabria
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom 4 – 17th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

Re: *Doe v. Eating Recovery Center LLC,* Case No. 3:23-cv-05561-VC
Letter Regarding MSJ Exhibits for Plaintiff

Plaintiff writes to update the Court regarding the issue identified in ECF 134.

Following investigation, Plaintiff determined that some cites to Exs. 1 and 9 in ECF 108 were inadvertently transposed. The corrected cites are as follows:

- cite to Ex. 9 on page 13 (top) should be Reply Ex. 1;
- the cite to Ex. 1 on page 13 (middle) should be Reply Ex. 9 at 77:6-20;
- the cite to Ex. 1 on page 15 (top) should be Reply Ex. 9 at 37:15-20 (includes corrected page cite).

Plaintiff will take this opportunity to clarify and/or correct a few other issues:

- Plaintiff inadvertently excluded pages 9 and 10 from Ex. 9 (deposition excerpts) to ECF 86 (first MSJ brief), which were cited on pages 4 and 7 of ECF 86. As ERC recently did in ECF 126, Plaintiff will file a corrected version of Ex. 9 and link it to ECF 88 (Plaintiff's Motion to Consider Whether Another Party's Materials Should Be Sealed) because it includes information that Defendant designated as confidential.
- On page 4 of ECF 86, the cite to Ex. 38 should be to Ex. 15 and the cite to Ex. 14 should be to Ex. 13;
- On pages 7 and 16 of ECF 108 (third MSJ brief), the cite "Reply Ex. ¶ 4" should be "Reply Ex. 13 at ¶ 4"; and
- On pages 17-18 of ECF 86 and page 14 of ECF 108, the cite to "Ex. 26 at 2" refers to ERCRes011718 (page 2 of "Paid Social" portion of presentation).

We sincerely apologize for these errors.

Very truly yours,

MOGIN LAW LLP

______________________________