James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
500 Capital Mall, Suite 2350
Sacramento, CA 95814
T: 267-930-1529
jmonagle@mullen.law

*Attorneys for Defendant*
*Eating Recovery Center LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals, | ) | **No.: 3:23-cv-05561-VC** |
| Plaintiff, | ) | Assigned to Hon. Vince Chhabria |
| vs. | ) | |
| EATING RECOVERY CENTER LLC, | ) | **SUPPLEMENTAL DECLARATION OF JAMES F. MONAGLE IN IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) | |

I, James F. Monagle, an attorney duly admitted to practice law in the Northern District of California, do hereby declare and state as follows:

1. I am a partner with the law firm Mullen Coughlin LLC, attorneys for Defendant Eating Recovery Center, LLC ("Defendant" or "ERC"). I am fully familiar with the facts and circumstances as alleged by virtue of my personal knowledge and the file maintained in my office in the defense of this action.

2. This Declaration is submitted in conjunction with Defendant's Supplemental Brief in Further Support of its Motion For Summary Judgment and in Opposition to Plaintiff's Motion For Summary Judgment.

3. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts cited in ERC's Supplemental Brief taken from the official transcript of this Court's hearing on the Parties' cross-motions for summary judgment held on July 31, 2025, which I participated in.

4. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts cited in ERC's Supplemental Brief taken from the deposition transcript of Meta Platforms, Inc.'s FRCP 30(b)(6) witness Tobias Woolridge, which was a deposition I took.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

Dated: August 8, 2025

*<u>/s/ James F. Monagle</u>*
James F. Monagle