# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

________________________________

JANE DOE, INDIVIDUALLY AND ON
BEHALF OF A CLASS OF SIMILARLY
SITUATED INDIVIDUALS,

Plaintiff,

v. Case No.

EATING RECOVERY CENTER LLC, 3:23-cv-05561-VC

Defendant.

________________________________

VIDEOTAPED DEPOSITION OF TOBIAS WOOLDRIDGE AS 30(B)(6)
CORPORATE REPRESENTATIVE FOR META PLATFORMS, INC.

DATE: Tuesday, March 11, 2025
TIME: 9:37 a.m.
LOCATION: Remote Proceeding
Kirkland, WA 98033
OFFICIATED BY: Erik Thompson
JOB NO.: 7211953

Q Do you believe that refers to date stamp possibly or --

MS. HARRIS: Object to form.

A Some people interpret DS as referring to date stamp.

Q Do you consider -- what do you consider that the DS stands for?

MS. HARRIS: Object to form, asked and answered.

A I have referred to it as date stamp previously, but DS is sufficiently common language that that term would by itself stand.

Q Okay. And we could take a look here and maybe even sort by DS as we go through the questions, but for now I just want to move through a couple more columns. [redacted] means to you?

[redacted]

Q And when you say -- when you say included optionally, what does that mean?

A It's not essential that a Pixel is configured to send this.

Q Okay. Do you know whether it's configured by default or not?

[redacted].

Q I want to skip to Column K right now. Can you [redacted] to you?

[redacted]

MS. HARRIS: Object to form, compound

[redacted]

Q Okay. And then let's skip ahead to Column P. Could you describe what this column labeled

the Meta Pixel?

MS. HARRIS: Object to form, vague.

A Yeah, so I am an engineer within the, I guess the Signals organization. At various times in the past I have had direct oversight of the Pixel. More recently I've had oversight of systems adjacent to the Pixel.

Q Can you identify the benefits that Meta derives from advertisers using it -- the Meta Pixel?

MR. MONAGLE: Objection. Vague and ambiguous, calls for a legal conclusion.

A Yeah, so the primary benefit of the Meta Pixel is it enables advertisers to use various advertising products.

Q And how does that benefit Meta?

MR. MONAGLE: Objection. Argumentative, vague and ambiguous, calls for legal conclusion.

A There's different ways that advertisers can use the Meta Pixel, such as measuring the outcomes of their ad campaigns or creating custom audiences to decide to show an ad or not show an ad to people who visited their website. With respect to measuring the outcomes of the ad campaigns, this enables or empowers advertisers to make better decisions with respect to using Meta's advertising products.

Q And to the extent you're aware, can you list

can determine which accounts may be in an audience. No specific --

BY MR. LACOMB:

Q Specifically -- sorry, you were cutting out. You said which accounts; is that correct?

[redacted]

Q Do advertisers typically create audiences based on information collected via the Pixel?

MR. MONAGLE: Objection. Calls for speculation, vague and ambiguous as to typically, outside the scope of the subpoenaed testimony.

THE WITNESS: Advertisers can choose to create audiences based on information they sent via Pixel.

BY MR. LACOMB:

Q Is that the most common practice when creating audiences for advertisers?

MR. MONAGLE: Objection. Vague and ambiguous as to most common, calls for speculation, outside the scope of the subpoenaed testimony.

THE WITNESS: I'm not prepared to talk on facts and figures of what the most common audience type is. Sorry.