James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
500 Capital Mall, Suite 2350
Sacramento, CA 95814
T: 267-930-1529
jmonagle@mullen.law

*Attorneys for Defendant*
*Eating Recovery Center LLC*

Daniel J. Mogin, Esq., Bar No. 95624
Timothy Z. LaComb, Esq., Bar No. 314244
MOGIN LAW LLP
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EATING RECOVERY CENTER, LLC,<br><br>Defendant. | No.: 3:23-cv-00561-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES AND [PROPOSED] ORDER** |

Plaintiff Jane Doe, individually and on behalf of a class of similarly situated individuals ("Plaintiff"), and Defendant Eating Recovery Center LLC, ("Defendant"), by and through their undersigned counsel and pursuant to Northern District of California Loc. R. of Civ. P. 6-2(a), Hon. Judge Chhabria's Civil Standing Order, and recent minute orders issued by Judge William

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES

H. Orrick in *In Re Meta Pixel Healthcare Litigation*, Case 3:22-cv-03580-WHO, the Parties in the above-referenced action hereby stipulate and request an Order extending the briefing schedule for the pending Motion to Alter Judgment or Amend Judgment (the "Motion") (ECF Doc. No. 172), and adopting the following briefing schedule:

- Within two weeks of the Parties' access to or receipt of any documents unsealed in *In Re Meta Pixel Healthcare Litigation*, Case 3:22-cv-03580-WHO, Plaintiff will file an Amended Motion to Alter or Amend Judgment (the "Amended Motion"), which will replace the currently pending Motion to accommodate reference to any unsealed documents related to the Motion. Based on Orders from Judge Orrick and the timeline proposed herein, the Parties estimate the Amended Motion will be due on or about January 30, 2026;

- Defendant will file its Opposition to the Plaintiff's Amended Motion within two weeks of the filing of Plaintiff's Amended Motion;

- Plaintiff will file a Reply brief within two weeks of the filing of Defendant's Opposition. The grounds for this request are more fully set forth in the concurrently filed Attorney Declaration.

**IT IS SO STIPULATED**, through Counsel of Record.

///

///

///

///

///

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES

DATED: December 8, 2025

**MULLEN COUGHLIN LLC**

/s/ James F. Monagle
James F. Monagle
*Attorneys for Defendant,*
*Eating Recovery Center LLC*

DATED: December 8, 2025

**MOGIN LAW, LLP**

/s/ Timothy Z. LaComb
Timothy Z. LaComb,
*Attorneys for Plaintiffs, Jane Doe,*
*Individually and on Behalf of a Class of*
*Similarly Situated Individuals*

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES

## [PROPOSED] ORDER

Pursuant to the Stipulation entered between the Parties, the briefing scheduling for the currently pending Motion to Alter Judgment or Amend Judgment (ECF Doc. No. 172) is amended as follows:

- Plaintiff will submit an Amended Motion to Alter or Amend Judgment Within two weeks of the Parties' access to or receipt of any documents unsealed pursuant to a forthcoming ruling in *In Re Meta Pixel Healthcare Litigation*, Case 3:22-cv-03580-WHO, which is expected to be issued by January 16, 2026;

- Defendant will file its Opposition to Plaintiff's Amended Motion within two weeks after the filing of Plaintiff's Amended Motion;

- Plaintiff will file a Reply brief within two weeks of the filing of Defendant's Opposition.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** December 18, 2025

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES